IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In Re: | ) | |
|---|---|---|
| | ) | |
| RANDY JAY FRITZSHALL, | ) | |
| LINDA KAY FRITZSHALL, | ) | |
| Debtors. | ) | Case No. 08-21266-RDB-7 |

**REPORT OF SMALL DIVIDENDS IN CHAPTER 7
PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE**

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

A check has been submitted by U.S. Regular, First-Class Mail made payable to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 9 | Verizon Wireless Midwest<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $ 211.74 | $ 3.47 |

*Respectfully Submitted:*

**GRIMES & REBEIN, L.C.**

By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**Union Bank**

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

Steven R. Rebein, Trustee
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS 66219

Claim 000009, Payment 1.63880%
Verizon Wireless Midwest
Verizon Wireless
PO Box 3397

**CHECK NUMBER** 111

**DATE** 04/11/10

**AMOUNT** $***********3.47

| CASE NUMBER | DEBTOR |
|---|---|
| 08-21266 RDB | FRITZSHALL, RANDY JAY<br>FRITZSHALL, LINDA KAY |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

*Three Dollars And 47/100*

Void After 90 Days

⑉000111⑉ ⑆122000496⑆ 2131244804⑉